DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELIZABETH ROQUE,**
Appellant,

v.

**3741 INVESTMENT COMPANY, LLC,** a Florida limited liability
company, and **LEWIS SWEZY**
Appellees.

No. 4D2025-2663

[January 29, 2026]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Fabienne E. Fahnestock, Judge; L.T. Case No. CACE2022015374.

Andrew S. Berman and Alexandra Mendez of Young, Berman, Karpf & Karpf, P.A., Miami, for appellant.

Glen H. Waldman and Jeffrey R. Lam of Armstrong Teasdale LLP, Coral Gables, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***